## Complaint/Summons:

[2:16-ap-02019 Hussein v. Bank of America Home Loans et al](#)
Type: ap　　　　　Office: 2 (Columbus)　　　　　Judge: cmc
Lead Case: 2-12-bk-58392

### U.S. Bankruptcy Court

### Southern District of Ohio

Notice of Electronic Filing

The following transaction was received from Cannizzaro, John entered on 2/8/2016 at 1:53 PM EST and filed on 2/8/2016

**Case Name:**　　Hussein v. Bank of America Home Loans et al
**Case Number:**　[2:16-ap-02019](#)
**Document Number:** [3](#)

**Docket Text:**
Summons Issued on State of Ohio Department of Taxation Date Issued 2/8/2016, Answer Due 03/9/2016 (Cannizzaro, John)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** G:\WP_DOCS\JOHN\Hussein.Geilani\Adversary Proceeding\2016-2-08 Summons- State of Ohio.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1010432739 [Date=2/8/2016] [FileNumber=43012651-0
] [5c5162a4648d4470827ecb08ac646a3cdcd5d614ae90308f9623665d09b8f57fc40
acde866091f5441d14e7d6dfc51eddf4d5e4c5c9691b16d0245eef4190da5]]

**2:16-ap-02019 Notice was electronically served on the date of entry on the following recipients:**

John F Cannizzaro on behalf of Plaintiff Geilani S. Hussein
bkadmin@cfbjs.com, agullifer@cfbjs.com

**2:16-ap-02019 Notice was not electronically mailed to:**

Bank of America Home Loans
Attn: Chief Financial Officer
P.O. Box 5170
Simi Valley, CA 93062

State of Ohio Department of Taxation
Attn: Bankruptcy Department
P.O. Box 530
Columbus, OH 43216

Form B 250A (12/09)

# United States Bankruptcy Court
## Southern District Of Ohio

In re  Geilani S. Hussein  ,   )   Case No. 12-58392
      Debtor   )
    )   Chapter 13
    )
Geilani S. Hussein   )
      Plaintiff   )
    )
      v.   )   Adv. Proc. No. 16-02019
    )
State of Ohio Department of Tax   )
      Defendant   )

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk:  United States Bankruptcy Court
Attn: Clerk of Courts
170 N. High Street
Columbus, OH 43215

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:  John F. Cannizzaro Esq.
302 S. Main Street
Marysville, OH 43040

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date Issued: **February 8, 2016**

/s/Kenneth Jordan - Clerk of Court

NOTE: Plaintiff must file a copy of the completed summons with the court via CM/ECF.